JUDGE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RICHARD KREFTING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>KAYE-SMITH ENTERPRISES, INC., and BOEING EMPLOYEES' CREDIT UNION,<br><br>Defendant. | No. 2:23-cv-00220 RSM<br><br>ORDER GRANTING STIPULATED MOTION REGARDING DISCOVERY AND RESPONSE DEADLINE<br><br>[*Clerk's Action Required*] |

THIS MATTER having come before the Court on the Stipulated Motion Regarding Discovery and Response Deadline, and the Court having reviewed the files and records herein and being fully advised, now, therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The deadline to respond to the complaint, pre-trial deadlines, and all discovery deadlines, including initial disclosures are extended as to Kaye-Smith by 21 days. If granted this extension will move Kaye-Smith's deadline to respond to the complaint from May 8, 2023 to May 29, 2023.

DATED this 8th day of May, 2023.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

WOOD, SMITH, HENNING & BERMAN LLP

*s/Timothy D. Shea*
Timothy D. Shea, WSBA #39631
tshea@wshblaw.com

*s/Kellan Byrne*
Kellan Byrne, WSBA #49825
kbyrne@wshblaw.com
WOOD, SMITH, HENNING & BERMAN LLP
801 Kirkland Avenue, Suite 100
Kirkland, WA 98033
Phone: 206-204-6800
*Attorneys for Defendant Kaye-Smith Enterprises, Inc.*

MURPHY LAW FIRM

*s/A. Brooke Murphy*
A. Brooke Murphy*
MURPHY LAW FIRM
4116 Will Rogers Pkwy, Suite 700
Oklahoma City, OK 73108
Telephone: (405) 389-4989
Email: abm@murphylegalfirm.com
*admitted pro hac vice*

ORDER GRANTING STIPULATED MOTION
REGARDING DISCOVERY AND RESPONSE
DEADLINE - 2

**WOOD, SMITH, HENNING & BERMAN LLP**
801 Kirkland Avenue, Suite 100
Kirkland, WA 98033
206-204-6800

| | |
|---|---|
| 1 | William B Federman |
| | FEDERMAN & SHERWOOD |
| 2 | 10205 N. PENNSYLVANIA AVE |
| | OKLAHOMA CITY, OK 73120 |
| 3 | 405-235-1560 |
| | Email: wbf@federmanlaw.com |
| 4 | *ADMITTED: Pro hac vice* |
| 5 | Timothy W Emery, WSBA #34078 |
| | Patrick B. Reddy, WSBA No. 34092 |
| 6 | EMERY REDDY |
| | 600 STEWART ST |
| 7 | STE 1100 |
| | SEATTLE, WA 98101 |
| 8 | 206-442-9106 |
| | Email: emeryt@emeryreddy.com |
| 9 | Email: reddyp@emeryreddy.com |
| 10 | *Attorneys for Plaintiff* |
| 11 | |
| 12 | 28319846.1:12042-0025 |

---

ORDER GRANTING STIPULATED MOTION REGARDING DISCOVERY AND RESPONSE DEADLINE - 3

**Wood, Smith, Henning & Berman LLP**
801 Kirkland Avenue, Suite 100
Kirkland, WA 98033
206-204-6800