JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD KREFTING, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br> v.<br><br>KAYE-SMITH ENTERPRISES, INC., and BOEING EMPLOYEES' CREDIT UNION,<br><br>    Defendant. | No.  2:23-cv-00220-RSM<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENION OF RESPONSE AND REPLY DEADLINES<br><br>**[*Clerk's Action Required*]** |

THIS MATTER having come before the Court on the Stipulated Motion for Extension of Time (ECF No. 30), and the Court having reviewed the files and records herein and being fully advised, now, therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff shall file a response to BECU's motion to dismiss on or before June 6, 2023;

2. BECU shall file its reply in support of its motion to dismiss on or before June 13, 2023.

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION OF DEADLINES - 1

DATED this 31st day of May, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE