1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD KREFTING, individually and on behalf of all others similarly situated,<br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KAYE-SMITH ENTERPRISES, INC., and BOEING EMPLOYEES' CREDIT UNION,<br>　　　　　　　Defendants. | CASE NO. 2:23-cv-220<br><br>ORDER GRANTING THIRD STIPULATED MOTION REGARDING DISCOVERY AND RESPONSE DEADLINE |

THIS MATTER having come before the Court on the Third Stipulated Motion Regarding Discovery and Response Deadline. The Court has reviewed the files, pleadings, and records on file, and being fully advised, now, therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The deadlines for exchanging initial disclosures and filing pleadings responsive to the complaint are stayed as to Kaye-Smith Enterprises Inc. until after the mediation has been held.

2. The parties are directed to confirm whether they have selected a mediator and to provide the Court with their confirmed mediation date by June 23, 2023.

3. In the event mediation is not successful, Kaye-Smith's response to the complaint is due within five (5) business days following mediation.

DATED this 21st day of June, 2023.

Jamal N. Whitehead
United States District Judge

ORDER GRANTING THIRD STIPULATED MOTION REGARDING DISCOVERY AND RESPONSE DEADLINE - 2